Daniel L. Madden and Edward J. Kelley, appellants, v. Sarah L. Johnson, appellee. Gen. No. 33,735.

636

Opinion filed April 28, 1930. Rehearing denied May 12, 1930.

Roy C. Merrick, for appellants; Edward J. Kelley, of counsel. James G. Skinner, for appellee; Edward J. Padden, of counsel.

Mr. Justice Matchett delivered the opinion of the court.